SCANNED at WVCF and Emailed on
6-9-23 by AP - 25 pages.
(date)  (Initials)  (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Anthony Martin, )
Plaintiff, )
)
vs. )
)
MHP Sarah Clarke, et. al, ) Case No.: 2:23-cv-00282-JMS-MJD
Defendant, ) (TO BE SUPPLIED BY THE CLERK)
)
(Enter above the full name of the )
Defendant(s) in this action.) )
)

**FILED**
**06/09/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:
   Name: Anthony Martin
   Identification Number: 945288
   Address: P.O. Box 1111
            Carlisle, IN 47838

B. Defendant(s)
   (1) Name: Sarah Clarke
       Title: Mental Health Provider
       Address: 6908 South Old U.S. Hwy 41
                Carlisle, IN 47838
   (2) Name: Dr. Mary Beth Ruth-Sims
       Title: Psycologist
       Address: 6908 South Old U.S. Hwy 41
                Carlisle, IN 47838

BK3

(1)

(3) SARAH Bedwell
Health Administrator
6908 South old U.S. HWY 41
Carlisle, In. 47838

(4) Bobbi Riggs
Assistant Health Administrator
6908 South old U.S. HWY 41
Carlisle, In. 47838

(5) Mrs. Scott
Mental Health Provider
6908 South old U.S. HWY 41
Carlisle, In. 47838

(6) Mrs. Averyhart
Mental Health Provider
6908 South old U.S. HWY 41
Carlisle, In. 47838

(7) Mrs. Fagg
Mental Health Provider
6908 South old U.S. HWY 41
Carlisle, In. 47838

(8) Mrs. Wallion
Mental Health Provider
6908 South old U.S. HWY 41
Carlisle, In. 47838

(9) Frank Vanihel
Warden
6908 South old U.S. HWY 41
Carlisle, In. 47838

(10) Centurion Health Services of Indiana
Medical Care Providers
6908 South old U.S. HWY 41
Carlisle, In. 47838

(11) Kim Hodson
Medical Provider
6908 South old U.S. HWY 41
Carlisle, In. 47838

(12) Amy Wright
Medical Provider
6908 South old U.S. HWY 41
Carlisle, In. 47838

(13) Mr. Hail
Mental Health Provider
6908 South old U.S. HWY 41
Carlisle, In. 47838

Name _____
Title _____
Address _____
_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II.     STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because This is A civil Action Authorized by 42 U.S.C., Section 1983 to Redress the deprivation under color of state law, and Rights secured by U.S. Constitutions. The Court has jurisdiction under 28 U.S.C, Section 1331 and 1343. This Court Also has supplemental jurisdiction of plaintiff's state law claims pursuant to 28 U.S.C § 1367. This court is Appropriate venue under 28 U.S.C. Section 1391.

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

No
_____
_____
_____
_____

## IV.   CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u> If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

(3)

Ground 1: __Deliberate Indifference__

Sarah Clarke, Dr. Mary Beth Ruth Sims, Sarah Bedwell, Bobbi Riggs, Mrs. Scott, Mrs. Fagg, Mrs. Aueyhart, Mrs. Gallion, Kim Hodson, Amy Wright, Frank Vanihel is deliberate indifference to plaintiff's serious medical needs.

Ground 2: __1st Amendment Retaliation__

Sarah Clark, Dr. Mary Beth Ruth Sims, Sarah Bedwell, Bobbi Riggs, Mrs. Scott, Mrs. Fagg, Mrs. Aueyhart, Mrs. Gallion, Amy Wright, Kim Hodson is responsible for 1st Amendment Retaliation against plaintiff.

Ground 3: __8th Amendment [cruel and unusual punishment]__

Sarah Clark, Dr. Mary Beth Ruth Sim, Sarah Bedwell, Bobbi Riggs, Mrs. Scott, Mrs. Fagg, Mrs. Aueyhart, Mrs. Gallion, Kim Hodson, Amy Wright, Frank Vanihel is responsible for cruel and unusual punishment against plaintiff.

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.



BK3

(4)

Ground 4: 14th Amendment [class-of-one]

Sarah Clarke, Dr. Mary Beth-Ruth Sims, Sarah Bedwell, Bobbi Riggs, Mrs. Scott, Mrs. Fagg, Mrs. Avery Hart, Mrs. Gallion, Kim Hobson, Amy Wright, Mr. Hail is responsible for 14th amendment [class-of-one] violation.

Ground 5: State law negligence / HIPPA violation / State law battery / Assault

Sarah Bedwell, Bobbi Riggs, Mrs. Gallion, Frank Vanihel, Centurion Health services is responsible for state law negligence and HIPPA violations. Sarah Clarke is responsible for state law assault/battery.

Ground 6: Unlawful practices / procedures

Sarah Bedwell, Bobbi Riggs, Mrs. Gallion, Frank Vanihel, Centurion Health services is responsible for unlawful practices and procedures.

Ground 7: Monell claims [unconstitutional policies]

Sarah Bedwell, Bobbi Riggs, Mrs. Gallion, Frank Vanihel, Centurion Health services, Indiana Dept of Correction is responsible for [Monell claims] unconstitutional policies.

Ground 8: Civil conspiracy

Sarah Clarke, Dr. Mary Beth-Ruth Sims, Sarah Bedwell, Bobbi Riggs, Mrs. Scott, Mrs. Fagg, Mrs. Avery Hart, Mrs. Gallion, Mr. Hail, Kim Hobson, Amy Wright is responsible for civil conspiracy to prevent plaintiff mental health services.

# * Statement of Facts *

① Centurion Health Services of Indiana became the [sole] medical provider and [its] services for Indiana Department of Corrections, institutions, facilities, and prisons through-out the state of Indiana.

② Centurion is responsible for providing services to [all] IDOC offenders, inmates, and confined/incarcerated individuals in [Indiana's] institutions through-out the state of Indiana.

③ Centurion is required to deliver [its] services and functions, medical care, treatment, medical on site nurses/staff, as well as mental health services.

④ Plaintiff was receiving mental health services, treatment, therapy sessions, psychiatric medications, etc. through-out 2014 of [his] incarceration to the present as means of which this complaint address.

⑤ Centurion began [its] services at the beginning of, or on about July 1, 2021 to the state of Indiana.

⑥ Centurion began to suffer a major financial crises [Budget cutts] at the beginning of 2022 year, and

started immediately cutt backs, lay offs of staff/medical personnel, medication distributions, change of pharmacist provider, and also [it] effected the services to inmates as to medical care, doctor visits, sick-call temps, mental health services, treatment, therapy sessions, etc.

(7) plaintiff stated to see the [delays] immediately as to the functions by nurses, medical providers, as well as the mental health providers.

(8) On or about July 2022 plaintiff was confirmed by Sarah Bedwell, Bobbi Riggs, Amy Wright, Kim Hobson, Sarah Clarke, MHP Scott, MHP Fagg, MHP Avery haet and Dr. Sims that his mental health sessions would be reduced and plaintiff would not receive his "mandatory" sessions and out-of-cell therapy that he had been receiving due to the cutt backs.

(9) Plaintiff was having a series of conflict of interest with mental health provider Sarah Clarke, stemming from derogatory comments by MHP Clarke and her failure to take plaintiff's mental health issues serious.

(10) Plaintiff made several complaints to Mrs. Bedwell, Mrs. Riggs, Mrs. Hobson, Mrs. Wright and Dr. Sims about MHP Clarke attitude and conduct towards him which plaintiff was told that Centurion has a medical directive # 2.04 that

(7)

states that he cannot pick or choose his "provider", and was told by the [mentioned] that he had to work with MHP Clarke.

(11) Plaintiff throughout the time seen other inmates see other mental health providers, which plaintiff brought it to Mrs. Bedwell, Mrs. Riggs, Mrs. Wright, Mrs. Hobson, Dr. Sims attention and was told that [he] could only work with MHP Clarke. Plaintiff wrote several requests asking why other offenders could work with different providers and that he was forced to work with MHP Clarke which it fell on deaf ears.

(12) Plaintiff filed a grievance about the unprofessional conduct that he was receiving about MHP derogatory comments, Centurion mental health providers being able to work with others and not him, and him being forced to work with MHP Clarke, or no mental health services at all.

(13) Plaintiff was told that MHP Clark was the "only" provider for the "SHU" [special housing unit] which was false, and plaintiff was again told that he could not pick his provider due to Centurion policies at 2.04. Plaintiff still saw other offenders be seen by different providers even after this issue was brought to their attention and on "notice", with in the special housing unit [SHU]

(8)

(14) On or about November 4, 2022 plaintiff was being escorted to his out-of-cell mental health therapy session by C/o Tunny and C/o Petch, which plaintiff was handcuffed behind his back when MHP Clarke approached him and snatched plaintiff's medical eye glasses off his face causing injury to plaintiff's eye. When MHP Clarke snatched the glasses off, it poked plaintiff's eye causing extreme pain and damage.

(15) Plaintiff requested medical attention, but was refused and MHP Clarke instead of getting plaintiff medical attention went to plaintiff's cell and searched plaintiff cell with (2) two correctional officers destroying the cell, leaving it in total disarray out of retaliation and told plaintiff that he needed an A/A [Attitude Adjustment] and told plaintiff now you really do need mental health services, laughing and joking as she walked off. Plaintiff family photo's was left floating in the toilet as a lesson or a point that the w was proving to plaintiff.

(16) After this incident, plaintiff went through a series of events by MHP Clarke, numerous of denial of mental health services, rushed processes, failed evaluation, denial of out-of-cell sessions, falsified mental health documents and reports to no avail. Plaintiff went on several hunger strikes to peacefully protest the retaliation and cruel and unusual punishment.

(17) Plaintiff seen MHP Scott, MHP Fagg, MHP Hail, MHP Avery, MHP Gaillot several times when MHP Clarke was out on sick leave or on vacation which plaintiff expressed his

concerns to them about MHP Clarke, which he was told that "Centurion" did not have the money to hire new staff and that Mrs. Clarke was "ineffective" because she was providing services for over 1,000 inmates or more.

(18) Plaintiff was told that Mrs. Bedwell, Mrs. Riggs, MHP Clarke, Mrs. Wright, Mrs. Hobson, and Dr. Sims forged documents and "fudge" numbers to make it as inmates are getting adequate medical/mental health services and they hate when inmates like me getting to file grievances on them.

(19) I filed a grievance about the inadequate mental health services and lack of providers, which a series of events started to happen, tampering with trays, searching of cell, confiscation of important legal documents, grievances, and records, denial of mental health sessions and therapy, etc. Plaintiff again went on hunger strikes to peacefully protest the actions, which medical and custody staff failed to monitor

(20) on 1-3-2023 and 1-12-2023 I talked with MHP Scott which she stated that she did not like what she was seeing and that she brought up my case file to Mrs. Bedwell, MHP Clarke, Mrs. Riggs, warden Vanihel in one of their weekly meetings and was disturbed by their comments and was fed up. She said she have seen enough and would be quitting, MHP Scott quit her job.

(21) Plaintiff was being subjected to an student intern program by student Juanita Wallion without the permission of Plaintiff

and confidential / sensitive information was being disclosed and exchanged with the Indiana University through a pilot program. Centurion was providing unconstitutional practices/programs, and doing this without plaintiff signatures, permission or consent/knowledge.

(22) Plaintiff was informed of this information by MHP Scott and wrote several requests to Mrs. Bedwell, Mrs. Rigge, Warden Vanihel, Dr. Sims, MHP Avery Hart, MHP Clarke and was told the information was false, and denied all allegations.

(23) Plaintiff filed an "emergency" grievance as to the unconstitutional policies and procedures, which the grievance was "Rejected" and returned stating that it was not a grievable issue.

(24) Immediately after that plaintiff was retaliated on, which Sarah Bedwell, Bobbi Riggs, Dr. Sims, MHP Clarke, Mrs. Dillion changed plaintiff's mental health code that was an "C", which now its an "A" [meaning plaintiff do not require mental health services.] They are "conspiring" to prevent plaintiff to receiving mental health services and treatment.

(25) Plaintiff have been completely removed from mental health services, which Mrs. Bedwell, Mrs. Riggs, Dr. Sims, MHP Clarke, Mrs. Dillion, Mrs. Avery, MHP Hail, MHP Fagg stated that plaintiff did not seem to benefit from the services, and are failing to provide services and or conspiring to prevent services.

(26) Plaintiff filed a grievance as to the deny of services, which plaintiff request a "Injunctive Relief" as to mental health services, and ask this court to order Warden Vanihel and Centurion health services to provide him with mental health services.

(11)

III- Plaintiff request a jury trial on [All] triable Issues/claims.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

I'm seeking 1.4 million dollars in compensatory damages jointly and or severally. I'm seeking 20,000.⁰⁰ (twenty thousand dollars) in punitive damages from each medical staff/mental health/custody personells. I'm seeking nominal damages against medical defendants and custody and, Centurion Health Services, I'm seeking an injunctive relief as to warden Frank Vanihel and Centurion Health Services to provide me adequate mental health services, and any other costs occured from this cause of action and any future costs, etc. ¶

### AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this __31st__ day of __May__, 20_23_.

_____
Plaintiff

BK3